UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS BOLTON,

        Plaintiff,        Case no. 09-14694
                                    Honorable John Corbett O'Meara

v.

CORRECTIONAL MEDICAL SERVICES,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Virginia M. Morgan's Report and Recommendation, filed July 26, 2010, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED in its entirety by this Court.

IT IS FURTHER ORDERED that plaintiff's complaint is DISMISSED for failure to prosecute.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: August 25, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 25, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager